1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   BONNIE L. HOBBS (Cal. State Bar # 208525)
4  Assistant United States Attorney
        1500 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-4447
        Facsimile: (213) 894-3713
7       Email: bonnie.hobbs@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9
                  UNITED STATES DISTRICT COURT
10
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,      )    No. CR 07- **07-01142**
                                   )
13           Plaintiff,            )    GOVERNMENT'S EX PARTE
                                   )    APPLICATION FOR ORDER SEALING
14           v.                    )    INDICTMENT AND RELATED
                                   )    PLEADINGS; DECLARATION OF
15  CHARLES LEROY TWYMAN,          )    BONNIE L. HOBBS
      aka "Lee,"                   )
16  GERALD PLAZE THOMAS,           )
    ANTHONY QUIN WHEELER,          )
17    aka "Q,"                     )
    ANTHONY DEWAYNE TWYMAN, and    )
18  MICHAEL LYNN TWYMAN,           )
      aka "T-Ross,"                )
19                                 )
             Defendants.           )
20  _____  )

21
        The government hereby applies ex parte for an order that the
22
    indictment, arrest warrants and any related pleadings in the
23
    above-titled case be kept under seal until the arrest of one of
24
    the defendants named in the indictment, or until the government
25
    otherwise moves to unseal the indictment, whichever is earlier.
26
    Furthermore, in order to comply with Central District Local Rule
27
    79-5.4, the government requests that, at the time of unsealing,
28
    the original indictment bearing the original signature of the

1  grand jury foreperson remain under seal and copies of the

2  indictment with the foreperson's signature redacted be made

3  available for public distribution.

4      This <u>ex parte</u> application is made pursuant to Federal Rule

5  of Criminal Procedure 6(e)(4) and is based on the attached

6  declaration of Bonnie L. Hobbs.

7  DATED: October 9, 2007        Respectfully submitted,

8                                THOMAS P. O'BRIEN
                                 United States Attorney

9
                                 CHRISTINE C. EWELL
10                               Assistant United States Attorney
                                 Chief, Criminal Division
11

12

13                               BONNIE L. HOBBS
                                 Assistant United States Attorney
14
                                 Attorneys for Plaintiff
15                               UNITED STATES OF AMERICA

16

17

18

19

20

21

22

23

24

25

26

27

28

1     DECLARATION OF BONNIE L. HOBBS

2   I, Bonnie L. Hobbs, declare as follows:

3       1.    I am an Assistant United States Attorney in the United

4   States Attorney's Office for the Central District of California.

5   I represent the government in the prosecution of United States v.

6   Charles Leroy Twyman, et al., the indictment which is being

7   presented to a federal grand jury in the Central District of

8   California on October 10, 2007.

9       2.    The defendants charged in the above-captioned

10  indictment have not been taken into custody on the charge(s)

11  contained in the indictment and have not been informed that they

12  are being named as defendants in the indictment to be presented

13  to the grand jury on October 10, 2007.  The likelihood of

14  apprehending the defendants might be jeopardized if the

15  indictment in this case were made available to the public before

16  the defendants are taken into custody on the indictment.

17      3.    For the past four years, the Federal Bureau of

18  Investigation has conducted an investigation of a large group of

19  targets engaged in narcotics trafficking.  Since September 26,

20  2007, and during consecutive weeks thereafter, the government has

21  filed or will be filing approximately eight indictments against a

22  total of approximately thirteen members of this group, including

23  Charles Leroy Twyman and the other defendants charged in the

24  indictment, on charges including narcotics trafficking and

25  illegal possession of firearms.  The narcotics trafficking

26  activities of these defendants extend outside of Los Angeles and

27  the State of California, a majority of the defendants have prior

28  felony narcotics and/or firearms convictions, and a number of the

1  defendants have known gang affiliations.  The charges against the

2  defendants carry a presumption of danger to the community and

3  risk of flight, and the government will be seeking detention of

4  the defendants on both of these grounds.  The coordinated arrests

5  of these individuals currently is scheduled for a date in

6  November, after the indictments have been returned and search

7  warrants have been prepared.  If notice of either the indictment

8  or the related pleadings was made available to the public before

9  the date on which the defendants are taken into custody, the

10  defendants may flee or may destroy evidence that could be

11  obtained during a search of their property, or may take action,

12  ·including potentially violent action, to prevent their arrests or

13  the arrests of their associates.

14       4.   Accordingly, the government requests that the

15  indictment, arrest warrants and related pleadings in this case be

16  sealed until the arrest of one of the defendants named in the

17  indictment, or until the government otherwise moves to unseal the

18  indictment, whichever is earlier.

19       5.   Central District Local Rule 79-5.4 places the duty upon

20  parties to an action to redact or refrain from including personal

21  data identifiers from certain documents filed with Court.  Upon

22  consultation with the Clerk's Office for the United States

23  District Court, Central District of California, the government

24  believes that the government may be under an obligation to

25  refrain from publicly filing any indictment bearing the original

26  signature of the grand jury foreperson, as such signature may

27  tend to personally identify such foreperson.  In order to comply

28  with Central District Local Rule 79-5.4, the government requests

1  that, at the time of unsealing, the original indictment bearing

2  the original signature of the grand jury foreperson remain under

3  seal and copies of the indictment with the foreperson's signature

4  redacted be made available for public distribution.

5        I declare under penalty of perjury that the foregoing is

6  true and correct to the best of my knowledge and belief.

7  DATED: October 9, 2007

8                                                    BONNIE L. HOBBS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28