Errol H. Stambler, Esq.
10880 Wilshire Blvd., Suite 1050
Los Angeles, California 90024

estambler@msn.com
Office:      (310) 473-4525
Fax:         (310) 475-8187

California State Bar Number: 58374

Party for: **Anthony Wheeler**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>ANTHONY WHEELER,<br><br>DEFENDANT. | CASE NO.: CR 07-1142-VBF<br><br>Application and Order<br>To File Under Seal |

TO THIS HONORABLE COURT:

The Attorney, Errol H. Stambler, counsel for the defendant, Anthony Wheeler, hereby files this Application and Order to file his Position Paper in respect to sentencing under seal with the court. This Application is based upon the attached Declaration of Errol H. Stambler.

Dated: April 20, 2009

Respectfully submitted,

_____
Errol H. Stambler
Attorney at Law

## DECLARATION OF ERROL H. STAMBLER

I, Errol H. Stambler, declare as follow:

Mr. Wheeleris set for sentencing on May 1, 2009. The facts of this case pursuant to the plea agreement shouyld be placed under seal due to the nature of the plea agreement.

I declare the above is true and correct dated this 20th day of April, 2009 at Los Angeles, California.

*/s/ Errol H. Stambler*

Errol H. Stambler

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 10880 Wilshire Blvd., Suite 1050, Los Angeles, California 90024.

I served the foregoing document described as <u>Position Paper</u> on this action by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

<u>X</u> by placing __ the original <u>X</u> a true copy thereof enclosed in sealed envelopes addressed as follows.    John Lulejian        .
AUSA
312 North Spring Street
Los Angeles, Ca 90012

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

_ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on <u>April 20, 2009</u>, at Los Angeles, California.

__**(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on <u>April 20, 2009,</u> at Los Angeles, California.

____ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__(Federal)      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Errol H. Stambler