1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3                      ---

4      HONORABLE VALERIE BAKER FAIRBANK, JUDGE PRESIDING

5                      ---

6

7

8    UNITED STATES OF AMERICA              )
                                           )
9                                          )
                          PLAINTIFF  )
10                                         ) No. CR 07-1142-VBF
             VS                            )
11                                         )
     GERALD PLAZE THOMAS,                  )
12   ANTHONY QUIN WHEELER,                 )
                                           )
13                                         )
                          DEFENDANTS.)
14   _____)

15

16           REPORTER'S TRANSCRIPT OF PROCEEDINGS
                 LOS ANGELES, CALIFORNIA
17               MONDAY, JANUARY 7, 2008
                     3:05 P.M.

18

19

20

21

22

23           ROBERT E. KILLION, CSR, RMR
                 COURT REPORTER
                 1721 BAYWOOD LANE
24           BAYSIDE, CALIFORNIA 95524
                 707-496-4220
25           bobkillion@gmail.com

PDF created with pdfFactory trial version www.pdffactory.com

```
1                              APPEARANCES

2

3

4
     IN BEHALF OF THE PLAINTIFF:
5
                                UNITED STATES ATTORNEY'S OFFICE
6                               BY: JOHN LULEJIAN
                                Assistant U.S. Attorney
7                               1200 U.S. Courthouse
                                312 North Spring Street
8                               Los Angeles, California 90012

9

10

11
     IN BEHALF OF THE DEFENDANT THOMAS:
12
                                Duane D'Roy Dade, ESQ.
13                              Duane D. Dade and Associates
                                9388 Foothill Boulevard
14                              Rancho Cucamonga, CA 91730
                                909-989-7473
15                              Fax: 909-989-7479
                                Gr8lwyr@aol.com
16

17

18
     IN BEHALF OF THE DEFENDANT WHEELER:
19
                                Errol H. Stambler, ESQ.
                                Errol H. Stambler Law Offices
20                              10880 Wilshire Blvd
                                Suite 1050
21                              Los Angeles , CA 90024
                                310-473-4525
22                              Estambler@msn.com

23

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    MONDAY, JANUARY 7, 2008; 3:05 P.M.; LOS ANGELES, CALIFORNIA

 2                         -  -  -

 3           THE CLERK:  Item Number 14, Criminal Case Number

 4    07-1142-VBF, United States of America vs Twyman, et al.

 5           Counsel, please state your appearances for the

 6    record three oh 5:00 p.m.

 7           MR. LULEJIAN:  Good afternoon, your Honor.  John

 8    Lulejian for the United States of America.

 9           THE COURT:  Mr. Lulejian.

10           MR. STAMBLER:  Good afternoon, your Honor.  Errol

11    Stambler for Mr. Wheeler.

12           THE COURT:  Mr. Stambler.

13           MR. DADE:  Good morning, your Honor.  Duane Dade on

14    behalf of Mr. Thomas, who is present before the Court, seated

15    to my right.

16           THE COURT:  Thank you.

17           Thank you, Mr. Thomas.

18           DEFENDANT THOMAS:  Yes.

19           THE COURT:  And that's Gerald Thomas?

20           DEFENDANT THOMAS:  Yes.

21           THE COURT:  And, Mr. Stambler, your client is also

22    present?

23           DEFENDANT WHEELER:  Yes, ma'am.

24           THE COURT:  And your name, sir?

25           DEFENDANT WHEELER:  Anthony Wheeler.
```

PDF created with pdfFactory trial version www.pdffactory.com

1          THE COURT:  Mr. Wheeler.

2          DEFENDANT WHEELER:  Yes.

3          THE COURT:  This case is before the Court for a

4    status conference.  As you know, at present the trial is set

5    for January 22nd.  I would first turn to the prosecution and

6    ask for an update as to the status of this case and the

7    disclosure by the government to the defendants.

8          MR. LULEJIAN:  May I use the lectern, your Honor?

9          THE COURT:  Yes, please.

10         MR. LULEJIAN:  Your Honor, I will go through,

11   briefly, some of the items covered this morning, and I have

12   some updates since we last spoke.

13         Your Honor, earlier this -- not this year -- in

14   December we met with the defense attorneys that were able to

15   attend and provided them copies of the initial discovery.

16   That consisted of the pertinent calls from the wiretap that

17   were the basis for the overt acts, reports that were the

18   basis of overt acts, criminal histories, and what we provided

19   all the defense attorneys, whether they were there present or

20   not at that conference, was the reports for all six of the

21   cases.  So everyone has, essentially, a honed-down version of

22   what went into the indictments.

23         What the government is doing now is trying to

24   comply with the rest of discovery obligations.  The FBI

25   informed me at 12:30 today that all but 2,000 of the 80,000

PDF created with pdfFactory trial version www.pdffactory.com

1    calls are burnt to CDs, so they are almost done.  They are

2    doing some spot checking to make sure that the calls that

3    have no audio associated with them are just the way the

4    system records the calls as opposed to a call that is missing

5    the audio file.

6            They have informed me that all the line sheets,

7    which are the summaries that are done in real time, have been

8    burned to CD's, so they should be searchable so the defense

9    attorneys and their clients can go through and search the

10   line sheets for their names, for telephone numbers that are

11   important, names of other individuals who they find to be

12   important, and they already have a subset of what's there.

13           For the calls that are a subset, the FBI prepared

14   transcripts, and the defense has those to assist them in

15   listening to the audio.  The line sheets will certainly

16   provide them assistance in listening to that audio as well,

17   and, as I said earlier today, if the government is going to

18   use any of these calls in its case in chief, it will prepare

19   transcripts at an early opportunity for the defense to

20   review, and, if there is any specific calls the defense would

21   like transcribed, we are happy to do so.

22           That's what's going on with the wiretaps.

23           I also asked the FBI to gather all their reports on

24   the form 302 -- the 302s, so the FBI is gathering all that.

25   They are redacting information as part of an ongoing

PDF created with pdfFactory trial version www.pdffactory.com

1    investigation, and I anticipate having that sometime in the

2    next week or so.

3         In addition, we are trying to get recorded

4    statements of those defendants who made statements and any

5    written statements of the defense put together.

6         I have copied all the wiretap applications,

7    affidavits, progress reports, which also include detailed

8    summaries of the calls to help the defense attorneys and the

9    judge reviewing the wiretaps in this case, Judge Pregerson,

10   to understand what happened during the course of the wire.

11        That is ready to go out the door, as is the search

12   warrants, I think 21 of them in total.  I thought 26, but it

13   turned out there were 21 search warrants.  We have everything

14   except for the returns.  When the Court clerks note the order

15   that your Honor has signed unsealing everything, we will get

16   the returns and provide those to the defense.

17        We are also trying to track down all local reports

18   from local law enforcement, although the FBI told me they

19   think they have most of that.

20        In short, your Honor, we are doing our best to

21   rapidly go through and provide the defense as much discovery

22   as possible.  We will be preparing an index down the road

23   with breathing room for free time -- but a rough index to

24   help guide them through the discovery.

25        I have told all counsel that, if they have

PDF created with pdfFactory trial version www.pdffactory.com

1    questions, if they don't understand something, they need help

2    searching, simply call and I will work with them.  So the

3    government intends, along with the agents, to help the

4    attorneys and their clients understand what is in the

5    universe of items that's the government's case, the discovery

6    that makes up the government's case, so they can make

7    intelligent and informed decisions at such time as the

8    government provides plea packages to them.

9            So that's where we are today, your Honor.

10           THE COURT:  Thank you.

11           Mr. Stambler, any questions or comments regarding

12   the status of the case?

13           MR. STAMBLER:  I wasn't -- I don't know if I

14   understood correctly.  Did the government provide us with

15   draft transcripts yet?

16           MR. LULEJIAN:  May I address that, your Honor?

17           THE COURT:  Yes.

18           MR. LULEJIAN:  The government has provided draft

19   transcripts for those calls that the FBI has deemed

20   pertinent.  Those were produced in the government's initial

21   package.  And that is -- those are the calls that the FBI and

22   the prosecutor in charge of this case used for the overt acts

23   set forth in the indictment.  So, if one looks at the

24   indictment and sees the overt acts that are detailed in

25   there, the corresponding materials should be in the packages

PDF created with pdfFactory trial version www.pdffactory.com

1  that all the defendants have.

2          THE COURT:  Mr. Stambler?

3          MR. STAMBLER:  Then I am missing my packet.  As of

4  now, I don't believe I received it.

5          MR. LULEJIAN:  May I have a moment, your Honor?

6          THE COURT:  Sure.

7          (Pause in proceedings.)

8          MR. STAMBLER:  I do have it.  I have a CD.  I

9  didn't realize -- I thought it was a hard copy.

10          MR. LULEJIAN:  It came --

11          MR. STAMBLER:  I have no questions.

12          THE COURT:  Thank you.

13          Mr. Dade, anything to bring up by way of response

14  or comment as to -- and report as to the status of the case?

15          MR. DADE:  Only that, your Honor, I would agree

16  with the U. S. Attorney that I have received the packet, that

17  it is informative, and we have begun discussion concerning

18  negotiations in settlement of this case.  And, as far as

19  communication, he's available.  We are talking.  Things are

20  moving along well.

21          A side issue, your Honor.  I don't know if the

22  Court would like to hear it now.  We have submitted a

23  stipulation for release of my client, and an order, if the

24  Court would be inclined to sign that.  If the court has

25  questions, we would address those at this point.

PDF created with pdfFactory trial version www.pdffactory.com

1          THE COURT:  All right.  I don't believe I have the

2     stipulation before me.  I would ask my clerk for a

3     assistance.

4          MR. DADE:  I have a copy if the Court would like

5     to --

6          (Pause in proceedings.)

7          THE COURT:  If you have a copy, Mr. Dade, I would

8     be happy to read it now.

9          MR. DADE:  Thank you, your Honor.  This is the

10    copy, and the second is the proposed order.

11         THE COURT:  All right.  My clerk will check the

12    docket.

13         MR. DADE:  I have a printout of the docket, if that

14    helps.

15         THE COURT:  That's not necessary.  My clerk will

16    have it.  Thank you.

17         (Pause in proceedings)

18         THE COURT:  Mr. Lulejian, is that correct?  A

19    stipulation was sent and entered into?

20         MR. LULEJIAN:  Yes, your Honor.  I signed and faxed

21    it back to counsel.  I believe it was actually filed with the

22    Court.

23         THE COURT:  Correct.  I see I have a copy of the

24    documents which bear your signature of January 2nd.  Is that

25    right?

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | MR. LULEJIAN:  That's correct, your Honor. |
| 2 | THE COURT:  Okay. |
| 3 | MR. LULEJIAN:  I suspect, with the conversion to |
| 4 | ECF for both civil attorneys as well as criminal, that there |
| 5 | is a tremendous backlog in the clerk's office for documents. |
| 6 | MR. DADE:  It's a learning curve. |
| 7 | THE COURT:  For the older among us, meaning me. |
| 8 | MR. DADE:  And me, your Honor. |
| 9 | THE COURT:  The government and the defense have |
| 10 | entered into the stipulation.  I have read the stipulation. |
| 11 | Unless there is anything further, I will sign the proposed |
| 12 | order consistent with the stipulation. |
| 13 | MR. LULEJIAN:  That's fine, your Honor. |
| 14 | MR. DADE:  Thank you, your Honor. |
| 15 | MR. STAMBLER:  Thank you, your Honor. |
| 16 | THE COURT:  Anything else? |
| 17 | Mr. Dade. |
| 18 | MR. DADE:  Nothing, your Honor. |
| 19 | THE COURT:  At present, the trial is set as to both |
| 20 | parties, all parties in this case, for January 22nd, and both |
| 21 | Mr. Wheeler and Mr. Thomas have a right to be tried in this |
| 22 | case under the Speedy Trial Act by February 7th. |
| 23 | Is that correct, Mr. Lulejian? |
| 24 | MR. LULEJIAN:  Yes, your Honor, it is. |
| 25 | THE COURT:  So, Mr. Thomas, Mr. Wheeler, you have a |

PDF created with pdfFactory trial version www.pdffactory.com

1   Constitutional right to be tried by February 7th.  Your trial

2   date is presently set for January 22nd.  In the related

3   cases, or in the related case this morning, defense counsel

4   requested a continuance in order to have more time to review

5   the voluminous amount of discovery, including the record of

6   the wiretaps.

7          Given the voluminous amount of discovery and the

8   complexity of this case, the Court, based upon the

9   defendants' request, found grounds under the Speedy Trial Act

10  to continue the trial in the case pertaining to Riley and

11  Carter to the end of June, early July.

12         Mr. Dade, what is your position regarding the

13  trial?

14         MR. DADE:  Your Honor, I was willing going to make

15  a like request on behalf of Mr. Thomas.  I was going to

16  discuss that with the U.S. Attorney in an attempt to get a

17  stipulation along with the waiver of the Speedy Trial Act,

18  but I am going to make a request.  So that I can get up to

19  speed and be intelligent based upon my defense of Mr. Thomas,

20  we are going to seek a continuance, and Mr. Thomas is going

21  to waive his rights.

22         THE COURT:  Mr. Stambler, what's the position of

23  you and your client, Mr. Wheeler?

24         MR. STAMBLER:  We would waive our speedy trial

25  rights, your Honor, too, to a date convenient to the Court.

PDF created with pdfFactory trial version www.pdffactory.com

1          THE COURT:  Therefore, am I correct in

2     understanding that, as to both defendants, Counsel believe

3     additional time is needed to review the voluminous amount of

4     discovery and --

5          MR. DADE:  Yes, your Honor, on behalf Mr. Thomas.

6          MR. STAMBLER:  Yes, your Honor, on behalf of Mr.

7     Wheeler.

8          THE COURT:  I understand and expect that a

9     stipulation will be prepared regarding the Speedy Trial Act

10    informing both defendants of their rights under the Speedy

11    Trial Act, containing a waiver, until the end of July.

12          But I want to make sure that both Mr. Thomas and

13    Mr. Wheeler understand their rights to a speedy trial.

14          Both of you have a Constitutional right to be tried

15    in this case by February 7th.  Your trial date is presently

16    set for January 22nd.

17          Consistent with your speedy trial right, Mr.

18    Wheeler, do you understand your rights to a speedy trial?

19          DEFENDANT WHEELER:  Yes.

20          THE COURT:  Do you, as well, Mr. Thomas?

21          DEFENDANT THOMAS:  Yes.

22          THE COURT:  I would explain that you have a right

23    to be tried within 70 days from the date of the information,

24    the charges that were filed against you.  For that reason, I

25    am stating that you have a right to be tried by February 7th.

PDF created with pdfFactory trial version www.pdffactory.com

1         Both of your attorneys have requested a continuance

2    to better prepare your case, in light of the complexity of

3    the charges and the voluminous amount of discovery, including

4    the documentary evidence pertaining to the wiretap, the

5    search warrant, witness and party statements.

6         I understand that both of your attorneys request

7    that the January 22nd trial date be continued until the end

8    of June or early July.

9         Do you agree to the continuance of your trial date,

10   Mr. Wheeler?

11         DEFENDANT WHEELER:  Yes.

12         THE COURT:  And you, as well, Mr. Thomas.

13         DEFENDANT THOMAS:  Yes, ma'am.

14         THE COURT:  If you have any questions for me, let

15   me know, or, if you wish to talk to your attorney in private,

16   let me know as well.

17         Yes.

18         DEFENDANT THOMAS:  I wish to talk to my attorney in

19   private, your Honor.

20         THE COURT:  All right.  Why don't you proceed.

21         (Pause in proceedings.)

22         THE COURT:  Anything further, Mr. Stambler?

23         MR. STAMBLER:  No, your Honor.

24         THE COURT:  Mr. Wheeler, any questions?

25         DEFENDANT WHEELER:  No, ma'am.

PDF created with pdfFactory trial version www.pdffactory.com

1    THE COURT:  Mr. Wheeler, do you agree to continue

2  your trial from January 22nd to a date up to the end of July?

3    DEFENDANT WHEELER:  Yes, ma'am.

4    THE COURT:  Mr. Thomas, do you agree, as well, to

5  the continuance of your trial from January 22nd up to a date

6  to the end of July?

7    DEFENDANT THOMAS:  Yes, ma'am.

8    MR. DADE:  I join, your Honor.

9    THE COURT:  Mr. Stambler, join as well?

10    MR. STAMBLER:  Yes, your Honor.

11    THE COURT:  I find that the interests of justice

12  support a continuance of the trial date.  Both of the

13  defendants and the public have a right to a speedy trial.

14    In this case I find, given the complexity of the

15  case, the huge amount of discovery, that it's in the interest

16  of justice to give the defendants more time to review the

17  discovery and prepare their defense.

18    For that reason, the continuance of the trial from

19  January through a date up to the end of July is warranted,

20  and I will grant the defendants' motion to continue the

21  trial.

22    I would order that counsel confer with the

23  prosecution to prepare a stipulation and the stipulation be

24  reviewed by each defendant and signed by them.

25    This will give you time to confer with each other

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    regarding the appropriate trial date either at the end of
 2    June or early July.
 3            I would like to set a further status conference
 4    mid-May in all of the cases.  It's my intention to set a
 5    status conference for May 12th at 10:00.
 6            At that time I can confirm that proper disclosures
 7    have been made and the parties are on their way to prepare
 8    for the trial.
 9            Is that agreeable with you, Mr. Dade?
10            MR. DADE:  Yes, your Honor.
11            THE COURT:  Mr. Stambler?
12            MR. STAMBLER:  Yes, your Honor, if I can have
13    cupcakes and candy for my birthday.
14            THE COURT:  I don't know that we will have that,
15    but we will have water.
16            May 12, 10:00, for further status conference.
17            Anything more from the government?
18            MR. LULEJIAN:  Just a point of clarification, your
19    Honor.  On the stipulation, is it sufficient for the defense
20    attorney to sign the stipulation, provided they get waivers
21    of speedy trial from their clients, or do you want the
22    defendants to individually sign the stipulation as well?
23            THE COURT:  What's counsel position?
24            My preference is to generally have the signature of
25    the defendants as well as the attorneys.
```

PDF created with pdfFactory trial version www.pdffactory.com

1           MR. LULEJIAN:  I am happy to do it that way, your

2    Honor, if that's what the --

3           THE COURT:  That would be the Court's preference.

4           MR. LULEJIAN:  Yes, your Honor.

5           THE COURT:  So all parties will be ordered back

6    May 12 at 10:00.

7           Mr. Thomas, Mr. Wheeler, if you are released on

8    bond, you are ordered to return to this court without any

9    further notice on May 12 at 10:00.  Failure to return can

10   lead to very severe consequences.

11          Anything further?

12          MR. LULEJIAN:  No, your Honor.  Thank you very

13   much.

14          MR. STAMBLER:  No, your Honor.

15          THE COURT:  Thank you.

16          MR. DADE:  No, your Honor.  Thank you very much.

17          THE CLERK:  Court is adjourned.

18          (Proceedings concluded at 3:25 p.m.)

19                        CERTIFICATE
20   I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
     TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS IN
21   THE ABOVE MATTER.
     FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE
22   REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE
     REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
23

24   _____      05/11/2009
     ROBERT E. KILLION                      DATE
25   OFFICIAL REPORTER

PDF created with pdfFactory trial version www.pdffactory.com